# EXHIBIT 1

# Monica Beck

| | |
|---|---|
| **From:** | Eliot Glikman <eglikman@fmglaw.com> |
| **Sent:** | Thursday, July 16, 2020 7:21 PM |
| **To:** | Monica Beck |
| **Subject:** | Jane Doe v. GCSD - Document Production |

Counsel:

Below please find a download link to GCSD's document production:

https://fmglaw-california.sharefile.com/d-sa60ba44e910415a9

Best Regards,

**Eliot Glikman**
*Senior Paralegal eDiscovery Manager*
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**D: 213.615.7022**
eglikman@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
**CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI**
Please read this important notice and confidentiality statement

1