# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JANE DOE,** ) | |
| ) | Civil Action File No. |
| Plaintiff, ) | 1:18-cv-05278-SCJ |
| ) | |
| v. ) | |
| ) | |
| **GWINNETT COUNTY SCHOOL** ) | |
| **DISTRICT,** ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF MONICA H. BECK

1.  I am Monica H. Beck, and I am an attorney representing Plaintiff Jane Doe in the above-referenced matter.

2.  On July 16, 2020, I received an email from Eliot Glikman at Freeman Mathis & Gary, LLP, the law firm representing Defendant Gwinnett County School District ("District") in this action. *See* Exhibit A. The email states, "Counsel: Below please find a download link to GCSD's document production," and there is a link below that text. *Id*. This was the first document production that Plaintiff's counsel received from the District in this litigation in response to Plaintiff's discovery requests.

3.  I forwarded the email to a paralegal employed by my law firm, but did not forward the email or link to any other person, including my co-counsel.

1

4. My firm's paralegal downloaded to my firm's server the documents made available by the link provided by defense counsel.

5. Depositions in this matter were scheduled to begin on Tuesday, August 18, 2020. The depositions to be held that day were of District employees Jon Weyher and Cindy Antrim. Additional depositions were scheduled for the week of August 24-28, 2020.

6. I began preparing for the depositions on Wednesday, August 12, 2020. As part of my preparation, I began reviewing – for the first time – the documents produced by the District to my firm on July 16, 2020. The District produced over 13,000 pages of documents, and in both native and pdf formats.

7. During the evening of Saturday, August 15, 2020, I discovered that the District had included in its document production sexually explicit images of Ms. Doe, marked with bates stamps GCSD00008398-403. The District produced the images as native and pdf documents, which means there are twelve (12) explicit images of Ms. Doe. The documents include images in which the focal point is Ms. Doe's exposed genitalia and pubic area; in which she appears in a sexually suggestive pose; in which she is fully naked; and which she is only partially clothed, with her genitalia exposed. The District did not mark or

otherwise designate the documents as "Confidential," in violation of the parties' Protective Order.

8. Upon discovery of these images, I immediately notified my co-counsel Douglas Fierberg and Adele Kimmel, and we began conferring and conducting research in order to determine whether these images constituted child pornography and, if so, what steps needed to be taken under the law.

9. I am the only person at my law firm to have seen these images, and neither I nor my firm has sent or provided them to any other person.

10. I also continued to review documents produced in discovery by the District and found a video dated April 16, 2015, depicting School Resource Officer ("SRO") Sokol obtaining images of Ms. Doe that he described as constituting child pornography. SRO Sokol obtained these images from a male student at Peachtree Ridge High School ("PRHS") who had saved the images to his phone. The male student was someone other than "MP," the male student who, as reported to the District, had sexually assaulted Ms. Doe at PRHS. SRO Sokol explained he was taking photos of those images, that possession of the images was illegal and the images constituted child pornography, and he stated to the student, "I can't blame a teenage boy for not deleting them." The video bears the bates stamp

GCSD00008389, and Plaintiff's counsel has requested the Court's leave to file the video under seal.

11. I also found in discovery produced by the District an email dated April 16, 2015, sent by SRO Lockard to "Creighton Lancaster (Board of Ed. Attorney)," SRO Sokol, and Christa Kendrick, in which Lockard described how he became aware of the pictures that the student possessed and that SRO Sokol "took pictures of them and saved them to a disc." The document bears the bates stamp GCSD00010430.  *See* Exhibit B.

12. On August 19, 2020, Plaintiff Jane Doe confirmed that the images, as verbally described to her, were from when she was 14- or 15-years-old and a student at PRHS. She expressed that she did not know that they remained in existence.

13. All of the images were permanently deleted from my firm's server.

14. On August 20, 2020, co-counsel Anita Bala and I informed the Georgia Bureau of Investigation of the possession, reproduction, and distribution of the child pornographic materials.

15. I have strictly followed instructions provided by the Georgia Bureau of Investigation with respect to the materials and images.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  August 20, 2020            /s/ Monica H. Beck
                                                                     Monica H. Beck

# EXHIBIT A

# Monica Beck

**From:** Eliot Glikman <eglikman@fmglaw.com>
**Sent:** Thursday, July 16, 2020 7:21 PM
**To:** Monica Beck
**Subject:** Jane Doe v. GCSD - Document Production

Counsel:

Below please find a download link to GCSD's document production:

https://fmglaw-california.sharefile.com/d-sa60ba44e910415a9

Best Regards,

**Eliot Glikman**
*Senior Paralegal/eDiscovery Manager*
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**D: 213.615.7022**
eglikman@fmglaw.com | www.fmglaw.com



A *Corporate Counsel Magazine* "Go-To Law Firm®" for litigation
CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI
Please read this important notice and confidentiality statement

1

# EXHIBIT B

**From:** Christa.Kendrick@gwinnettcounty.com
**To:** Tony_Lockard
**Sent:** 4/16/2015 2:37:00 PM
**Subject:** RE: Jane Doe/MP

OH, wow Tony! Thanks for that additional information and follow up. Can Sokol get us the cd? Is RH 's interview recorded?

**From:** Tony_Lockard@Gwinnett.k12.ga.us [mailto:Tony_Lockard@Gwinnett.k12.ga.us]
**Sent:** Thursday, April 16, 2015 10:31 AM
**To:** Kendrick, Christa
**Cc:** David_Sokol@Gwinnett.k12.ga.us; Creighton Lancaster
**Subject:** Jane Doe/MP

Hey Christa,

On Tuesday afternoon I met with MP 's mother and had her sign the consent to search for his phone. While there, she got MP on the phone and MP indicated that another student, RH had shown him some nude/provocative pictures of Jane. The pictures were sent by Jane to RH. MP said RH is an ex-boyfriend and showed him the pictures a few months ago.

On Wednesday morning, I went to Peachtree Ridge and interviewed RH about the pictures. He denied having the pictures. I talked to MP's mom and asked her to find out if MP knows any other students that saw the pictures. Later in the evening, MP's mother called me and advised that MP talked to RH about the pictures and asked him to come forward with the pictures. RH agreed to show the pictures.

I am in Forsyth for training, so this morning I had Officer David Sokol meet with RH at Peachtree Ridge. RH showed Sokol the pictures, Sokol took pictures of them and saved them to a disc. Sokol then deleted them from RH's 's phone. RH also said that he had sexual encounters with Jane Doe.

I have included Officer Sokol and Creighton Lancaster (Board of Ed. attorney) on this email.

Thanks,

Officer Tony Lockard
Peachtree Ridge Cluster SRO
52 Gwinnett Dr.
Lawrenceville, Ga 30046
Office # 678-512-6045
Cell # 770-294-2241

------------------------------------------------------------------------------------------------- NOTE: Email is provided to employees for the instructional and administrative needs of the district. Email correspondence to/from a district email account may be considered public information and subject to release under Georgia laws or pursuant to subpoena. -------------------------------------------------------------------------------------------------

GCSD00010430