# EXHIBIT 3

| | |
|---|---|
| From: | Christa.Kendrick@gwinnettcounty.com |
| To: | Tony_Lockard |
| Sent: | 4/16/2015 2:37:00 PM |
| Subject: | RE: Jane Doe/MP |

OH, wow Tony! Thanks for that additional information and follow up. Can Sokol get us the cd? Is RH 's interview recorded?

From: Tony_Lockard@Gwinnett.k12.ga.us [mailto:Tony_Lockard@Gwinnett.k12.ga.us]
Sent: Thursday, April 16, 2015 10:31 AM
To: Kendrick, Christa
Cc: David_Sokol@Gwinnett.k12.ga.us; Creighton Lancaster
Subject: Jane Doe/MP

Hey Christa,

On Tuesday afternoon I met with MP 's mother and had her sign the consent to search for his phone. While there, she got MP on the phone and MP indicated that another student, RH had shown him some nude/provocative pictures of Jane. The pictures were sent by Jane to RH. MP said RH is an ex-boyfriend and showed him the pictures a few months ago.

On Wednesday morning, I went to Peachtree Ridge and interviewed RH about the pictures. He denied having the pictures. I talked to MP's mom and asked her to find out if MP knows any other students that saw the pictures. Later in the evening, MP's mother called me and advised that MP talked to RH about the pictures and asked him to come forward with the pictures. RH agreed to show the pictures.

I am in Forsyth for training, so this morning I had Officer David Sokol meet with RH at Peachtree Ridge. RH showed Sokol the pictures, Sokol took pictures of them and saved them to a disc. Sokol then deleted them from RH's 's phone. RH also said that he had sexual encounters with Jane Doe.

I have included Officer Sokol and Creighton Lancaster (Board of Ed. attorney) on this email.

Thanks,

Officer Tony Lockard
Peachtree Ridge Cluster SRO
52 Gwinnett Dr.
Lawrenceville, Ga 30046
Office # 678-512-6045
Cell # 770-294-2241

------------------------------------------------------------------------------------------------ NOTE: Email is provided to employees for the instructional and administrative needs of the district. Email correspondence to/from a district email account may be considered public information and subject to release under Georgia laws or pursuant to subpoena. ------------------------------------------------------------------------------------------------

GCSD00010430