# EXHIBIT 4

# (Video Manually Filed Under Seal)

Case 1:18-cv-05278-SCJ   Document 83-5   Filed 08/20/20   Page 2 of 2