IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GWINNETT COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION FILE<br>No. 1:18-cv-05278-SCJ |

### ORDER

This matter comes before the Court on Plaintiff's Motion for Temporary Restraining Order ("TRO") with Immediate Hearing Requested (Doc. No. [83]) and Plaintiff's Motion for Leave to File Matters Under Seal (Doc. No. [85]). The Court has set a hearing on Plaintiff's TRO Motion to be conducted via video conference on August 24, 2020 at 3:00PM. See Notice of Video Proceeding (entered August 21, 2020).

In the interim, Defendant is **ORDERED** to maintain the documents/photographs in question in such a way that ensures they will not be further distributed or reproduced until the Court enters an order on

1

Plaintiff's TRO Motion. After securing the files, Court further **ORDERS** that Defendant shall not view, alter, or otherwise access the files in question until the Court enters an order on Plaintiff's TRO Motion.[1]

Additionally, Plaintiff's Motion for Leave to File Matters Under Seal (Doc. No. [85]) is **GRANTED**.

**IT IS SO ORDERED** this   21st   day of August, 2020.

                                        s/Steve C. Jones
                                        **HONORABLE STEVE C. JONES**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] This is subject to one exception: Defendant need not seek this Court's permission to provide the files in question pursuant to a request by federal or state law enforcement.