IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:18-cv-05278-SCJ |
| GWINNETT COUNTY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF FILING OF
DOCUMENTS PROVISIONALLY UNDER SEAL**

COMES NOW, the Gwinnett County School District ("the School District"), the Defendant in the above-referenced case, and files this, its Notice of Filing of Documents Provisionally Under Seal pursuant to the revised Appendix H, Section II(J) to this Court's Local Rules regarding the provisional electronic filing of documents under seal and the Court's March 16, 2020 Consent Protective Order.

As set forth in it Defendant's Motion to File Its Response in Opposition to Plaintiff's Motion for A Temporary Restraining Order and Permanent Injunction and Accompanying Exhibits Under Seal, and Brief in Support, filed simultaneously herewith, the School District files the following documents provisionally under seal:

1. Defendant's Response In Opposition To Plaintiff's Motion For A Temporary Restraining Order And Permanent Injunction, attached hereto as Exhibit 1;

2. Declaration of Tony Lockard, which is Exhibit 1 to the opposition brief. Lockard's declaration is attached hereto as Exhibit 2;

3. Declaration of W. Creighton Lancaster, which is Exhibit 2 to the opposition brief. Lancaster's declaration is attached hereto as Exhibit 3;

4. Plaintiff's Requests for Production of Documents, which is Exhibit 3 to the opposition brief. These document requests are attached hereto as Exhibit 4; and

5. Defendant's Responses and Objections to Plaintiff's Request for Production of Documents, which is Exhibit 4 to the opposition brief. These responses are attached hereto as Exhibit 5.

**Respectfully submitted,**

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kenneth G. Menendez* _____
Mary Anne Ackourey
Georgia Bar No. 001555
Kenneth G. Menendez
Georgia Bar No. 502045
William H. Buechner, Jr.
Georgia Bar No. 086392

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E:  mackourey@fmglaw.com
    kmenendez@fmglaw.com
    bbuechner@fmglaw.com

Counsel for Defendant

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:18-cv-05278-SCJ |
| **GWINNETT COUNTY PUBLIC SCHOOLS,** | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S NOTICE OF FILING OF DOCUMENTS PROVISIONALLY UNDER SEAL** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

> Michael E. Kramer
> Anita K. Bala
> BUCKLEY BEAL LLP
> 600 Peachtree Street NE, Suite 3900
> Atlanta, GA 30308

Douglas E. Fierberg
Monica H. Beck
THE FIERBERG NATIONAL LAW GROUP, PLLC
161 East Front Street, Suite 200
Traverse City, MI 49684

Adele P. Kimmel
Alexandra Brodsky,
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036

This 24th day of August, 2020.

*Kenneth G. Menendez*
Kenneth G. Menendez
Georgia Bar No. 502045