# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>v.<br><br>GWINNETT COUNTY SCHOOL DISTRICT,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:18-cv-05278-SCJ |

### DECLARATION OF W. CREIGHTON LANCASTER

My name is W. Creighton Lancaster. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen years old, am suffering no disabilities, and am competent to execute this Declaration.

1.

I am an attorney with the law firm of Thompson, Sweeny, Kinsinger & Pereira, P.C (hereinafter TSK&P).

2.

TSK&P is the general counsel for the Gwinnett County School District ("the School District") and was the School District's general counsel in 2015.

3.

On or about April 21, 2015, Victoria Sweeny, a partner at TSK&P, and I had a telephone conversation, conducted on speaker phone, with Ms. Doe's counsel, Cari Simon. During this telephone conference, Ms. Sweeny informed Ms. Simon that she had recently learned that Ms. Doe transmitted nude photographs of herself to a different male student. Ms. Sweeny also informed Ms. Simon that the School District's police department had obtained and preserved these photographs.

4.

Ms. Sweeny further informed Ms. Simon that, ordinarily, the School District would notify Ms. Doe's parents but instead she was notifying her as Ms. Doe's counsel because of her representation and request not to contact Ms. Doe's parents.

5.

I have never seen the photographs referenced in this declaration and did not know they were contained in the School District's police department's investigative file produced in this matter until I received notification of Ms. Doe's Motion for Temporary Restraining Order in this matter.

Pursuant to 28 U.S.C.A. § 1746, by my signature below, I declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 24, 2020.

_____
W. Creighton Lancaster