# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05278-SCJ
## Doe v. Gwinnett County School District
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 08/24/2020.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:45 P.M.　　COURT REPORTER: David Ritchie
TIME IN COURT: 00:45　　DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mary Ackourey representing Gwinnett County Public Schools<br>Mary Ackourey representing Gwinnett County School District<br>Anita Balasubramanian representing Jane Doe<br>Monica Beck representing Jane Doe<br>Alexandra Brodsky representing Jane Doe<br>William Buechner representing Gwinnett County Public Schools<br>William Buechner representing Gwinnett County School District<br>Michael Kramer representing Jane Doe<br>Benton Mathis representing Gwinnett County School District<br>Kenneth Menendez representing Gwinnett County School District |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary);<br>[83]Motion for TRO TAKEN UNDER ADVISEMENT |
| MOTIONS RULED ON:<br>MINUTE TEXT: | Hearing held via Zoom on Plaintiff's motion for TRO and permanent injunction. The Court heard oral argument from counsel. Order to follow. |
| HEARING STATUS: | Hearing Concluded |