# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05278-SCJ
## Doe v. Gwinnett County School District
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 08/24/2020.

TIME COURT COMMENCED: 5:15 P.M.
TIME COURT CONCLUDED: 5:25 P.M.     COURT REPORTER: David Ritchie
TIME IN COURT: 00:10                DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Mary Ackourey representing Gwinnett County Public Schools
Mary Ackourey representing Gwinnett County School District
Anita Balasubramanian representing Jane Doe
Monica Beck representing Jane Doe
Alexandra Brodsky representing Jane Doe
William Buechner representing Gwinnett County Public Schools
William Buechner representing Gwinnett County School District
Michael Kramer representing Jane Doe
Benton Mathis representing Gwinnett County School District
Kenneth Menendez representing Gwinnett County School District

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON: [83]Motion for TRO TAKEN UNDER ADVISEMENT

MINUTE TEXT: Brief follow up held at direction of the Court regarding hearing held via Zoom on Plaintiff's motion for TRO and permanent injunction. The Court heard oral argument from counsel. Order to follow.

HEARING STATUS: Hearing Concluded